IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GWEN BERGMAN, § | |
|     Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:07-CV-373-Y |
| § | |
| W. ELAINE CHAPMAN, Warden, § | |
| FMC-Carswell, § | |
|     Respondent. § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Gwen Bergman, along with the January 24, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until February 14 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on January 24, 2008. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Gwen Bergman's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED as moot.

SIGNED February 25, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE